IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KCI AUTO AUCTION, INC.,

   *Plaintiff,*

vs.

   Case No. 19-1138-EFM-GEB

ALONZO D. ANDERSON,

   *Defendant.*

**MEMORANDUM AND ORDER**

Defendant has filed a Motion for Permission to File Appeals to the 10th Circuit Court of Appeals (Doc. 116), referencing Docs. 53, 69, 74, 75 and 76. With the caveats and clarifications described below, the Court grants Defendant's Motion.

Doc. 53 is a "Motion to Clarify" filed by Defendant on February 15, 2023. The motion was denied on May 2, 2023 at Doc. 66. Defendant is given permission to file an appeal of Doc. 66. This permission to file is not permission to file an interlocutory appeal or to file an appeal out of time; Defendant did not request such permission. Furthermore, the Court notes that Defendant previously filed a notice appeal of the order at Doc. 66, on May 22, 2023. That appeal was dismissed by the 10th Circuit Court of Appeals on June 12, 2023 for lack of jurisdiction. The Court's permission to Defendant to file (another) appeal of Doc. 66 is made without comment on

this earlier ruling, and without comment on Defendant's right or ability to (again) appeal this ruling.

Doc. 69 is a "Motion to Vacate" filed by Defendant seeking to vacate an earlier order of the Court (Doc. 37, entered by the Court on May 26, 2020, finding Defendant in civil contempt of Court). The motion was denied on September 18, 2023 at Doc. 110. Defendant is given permission to file an appeal of Doc. 110's denial of this motion. This permission to file is not permission to file an interlocutory appeal; Defendant did not request such permission.

Docs. 74, 75 and 76 are a "Motion for Order" filed on May 31, 2023, a "Motion for Writ" filed on June 5, 2023, and a "Motion to Quash Garnishment" filed on June 8, 2023. These motions were also denied on September 18, 2023 at Doc. 110. Defendant is given permission to file an appeal of Doc. 110's denial of these motions. This permission to file is not permission to file an interlocutory appeal; Defendant did not request such permission.

**IT IS THEREFORE ORDERED** that Defendant's Motion (Doc. 116) is **GRANTED, TO THE EXTENT CLARIFIED AND EXPLAINED IN THIS ORDER.**

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE